UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSE A. RODRIQUEZ,<br><br>    Plaintiff,<br><br>v.<br><br>3rd DISTRICT POLICE DEPARTMENT, *et al.*,<br><br>    Defendants. | No. 1:08-cv-568 (RBW) |

## DEFENDANTS DARYL JOLY'S AND OFFICER LEO'S
## ANSWER TO THE COMPLAINT

The Defendant Daryl Joly and Officer Leo, by and through the Office of the Attorney General for the District of Columbia, answer the complaint in like numbered paragraphs.

### FIRST DEFENSE

The complaint fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

The Defendants admit that Plaintiff brings this action pursuant to 42 U.S.C. § 1983 but the Defendants deny all other allegations contained the first section of the complaint.

Facts in Support of Claim

1. The Defendants deny the allegations in paragraph 1 of the complaint.

2. The Defendants admit that plaintiff was injured but deny all other allegations in paragraph 2 of the complaint.

3. The Defendants deny the allegations in paragraph 3 of the complaint.

4. The Defendants admit that they are being sued in their individual and official capacity.

Relief Sought

5.     The Defendants deny the allegations in this paragraph and further that plaintiff is entitled to recover money damages, punitive damages, injunctive relief, court costs, attorney fees or any damages or any relief whatsoever.

6.     The Defendants admit that Plaintiff seeks to sue the 3rd District Police Department as a municipality but otherwise deny the allegations in this paragraph.

### **THIRD DEFENSE**

Further answering the complaint, the Defendants deny all allegations not specifically admitted or otherwise answered, including allegations of, assault, excessive force, deprivation of constitutional and civil rights and intentional infliction of emotional distress.

### **FOURTH DEFENSE**

If Plaintiff was injured or damaged as alleged, such injuries were the result of his own intentional, illegal or otherwise wrongful conduct.

### **FIFTH DEFENSE**

If Plaintiff was injured and damaged as alleged in the complaint, such injuries and damages were the result of a person or persons other than the District, its employees, agents and servants acting within the scope of their employment.

### **SIXTH DEFENSE**

Plaintiff may have failed to fully comply with the mandatory notice requirements of D. C. Code Section 12-309 (2001).

### SEVENTH DEFENSE

Plaintiff may have failed to mitigate his damages.

### EIGHTH DEFENSE

If Plaintiff was injured or otherwise damaged as alleged in the complaint, such injuries and/or damages were the result of the plaintiffs' sole, joint, or concurring negligence with a person or persons other than the District, its agents, employees or servants acting within the scope of employment.

### NINTH DEFENSE

The action may be barred by issue or claim preclusion.

### TENTH DEFENSE

The action may be barred by the statute of limitations.

### ELEVENTH DEFENSE

The Defendants asserts immunity, absence of bad faith and absence of gross negligence.

### JURY DEMAND

The Defendants hereby demand a trial by jury on all issues so triable.

                Respectfully submitted,

                PETER J. NICKLES
                Interim Attorney General for the
                District of Columbia

                GEORGE C. VALENTINE
                Deputy Attorney General
                Civil Litigation Division

                /s/ Samuel C. Kaplan/s/_____
                SAMUEL C. KAPLAN [463350]
                Assistant Deputy Attorney General

/s/David A. Jackson/s/_____
DAVID A. JACKSON [471535]
Assistant Attorney General
Office of the Attorney General
441 Fourth Street, NW, 6 South
Washington, D.C. 20001
Direct Line: (202) 724-6618
Facsimile: (202) 727-3625
E-mail: davida.jackson@dc.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of June, 2008, the foregoing ANSWER was served by first class mail postage pre-paid upon:

Jose A. Rodriquez
DC #307-520
1901 D Street, SE
Washington, D.C. 20003

/s/David A. Jackson/s/
David A. Jackson
Assistant Attorney General