UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| _____ : | |
| JOSE A. RODRIQUEZ, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | No. 1:08-cv-568 (RBW) |
| : | |
| 3rd DISTRICT POLICE : | |
| DEPARTMENT, *et al.*, : | |
| : | |
| Defendants. : | |
| _____: | |

**NOTICE OF EFFORTS TO SERVE UPON PRO SE PLAINTIFF
DEFENDANTS' ANSWER TO THE COMPLAINT**

Defendants 3rd District Police Department, Frederick Friday, III, Reuban Jefferson,

Richard Hall, Daryl Joly and Officer Leo by and through the Office of the Attorney General for

the District of Columbia, hereby informs this Court that efforts to serve pro se Plaintiff with their

Answer to the Complaint have been unsuccessful because pro se Plaintiff's record address is no

longer valid.  On or about May 30, 2008, Defendants 3rd District Police Department, Frederick

Friday, III, Reuban Jefferson, Richard Hall mailed to pro se Plaintiff their answer to the

complaint, and on or about June 24, 2008, Defendants Daryl Joly and Officer Leo mailed their

answer to the complaint to pro se Plaintiff's record address.  Both pieces of mail were

undeliverable and have been returned to undersigned counsel.  (Exhibit A).

Pro se Plaintiff has not filed a notice of a new address with this Court

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/Samuel C. Kaplan/s/_____
SAMUEL C. KAPLAN [463350]
Assistant Deputy Attorney General

/s/David A. Jackson/s/_____
DAVID A. JACKSON [471535]
Assistant Attorney General
Office of the Attorney General
441 Fourth Street, NW, 6 South
Washington, D.C.  20001
Direct Line: (202) 724-6618
Facsimile: (202) 727-3625
E-mail:  davida.jackson@dc.gov

# EXHIBIT A

GOVERNMENT OF THE DISTRICT OF COLUMBIA
OFFICE OF THE ATTORNEY GENERAL
FOR THE DISTRICT OF COLUMBIA



☐ Forwarding Order Expired
☐ Address Unknown
☐ Moved Left No Address
☐ Unclaimed ☐ No Address
☐ Attempted ☐ Refused
☐ Not Known

REPLY TO:
David A. Jackson
Assistant Attorney General
Office of the Attorney General
441 4th Street, NW, 6 South
Washington, DC 20001

Jose A. Rodriquez
DC #307-520
1901 D Street, SE
Washington

NIXIE    207    CE 1    01 05/05/08

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 20001274441    *0931-00773-30-40

UNITED STATES POSTAGE
$ 00.420
PITNEY BOWES
02 1M
0004232913    MAY 30 2008
MAILED FROM ZIP CODE 20001

GOVERNMENT OF THE DISTRICT OF COLUMBIA
OFFICE OF THE ATTORNEY GENERAL
FOR THE DISTRICT OF COLUMBIA

OFFICIAL BUSINESS
PENALTY FOR MISUSE

REBOYA A. Jackson
Assistant Attorney General
Office of the Attorney General,
441 4th Street, NW., 6 South
Washington, DC 20001

☐ Not Forwarding
☐ Insufficient Address
☐ Moved Left No Address
☐ No Such Street
☐ Unclaimed Left No Address
☐ Attempted ☐ Refused
☐ No Such Number
☐ Route No.
☐ No Such Street
☐ Box Closed No Order
☐ Deceased ☐ Refused
☐ No Such Number
Route No.
Carr. Initials ____ Date ____
Not Known

José A. Rodriquez
DC #807-520
1901 D Street, SE
Washington, D.C. 20003

NIXIE     207   CC 1        81   05/29/08

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 20001271441    *0931-00515-25-37

20001324534 0000
20001@2714

UNITED STATES POSTAGE
PITNEY BOWES
02 1M
0004232966    $ 00.59°
JUN 25 2008
MAILED FROM ZIP CODE 20001